STATE OF NEW JERSEY v. COSME ORDAZ.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. WILLIAMS.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT ADAMS.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH DEROGATIS.

March 31, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD POLLAS.

March 31, 1988.

Petition for certification denied.